UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,    )<br>                            )<br>v.                          )<br>                            )<br>JOHN KINNEY,                )<br>            Defendant.   )<br>                            ) | Assented To Motion For An Extension<br>of Time to File Motions |

Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order extending the time for him to file any and all motions that might be deemed necessary from to January 17, 2014, to January 24, 2014.

In support of this motion the defendant assigns the following:

1. That counsel for the defendant underwent surgery on December 3, 2013.

2. That the recovery time for the above-described surgery was longer than counsel for the defendant originally anticipated.

3. Additionally counsel for the defendant has been out of the office due to numerous court appearances in various litigation.

4. That the combination of the above factors necessitates the instant request.

1

     5.     That counsel for the United States has assented to the instant motion.

|  | Respectfully Submitted<br>The Defendant, |
|---|---|
| Assent: | By His Attorney, |

| | |
|---|---|
| /s/Michael I. Yoon | /s/Edward J. McCormick, III |
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

CERTIFICATE OF SERVICE

     I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.