UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                    Plaintiff,         ) | |
|                                       ) | |
| v.                                    ) | Motion For An Extension of Time To File |
|                                       ) | Objections To Presentence Report |
| JOHN KINNEY,                          ) | |
|                    Defendant.         ) | |

Now comes the defendant John Kinney and respectfully moves this Honorable Court to extend the time to file objections to the Presentence Investigation Report From July 2, 2014, to August 8, 2014.

In support of this motion the defendant assigns the following:

1.   That sentencing has been continued to September 12, 2014;

2.   That additional time is necessary to confer with Mr. Kinney who is presently in custody.

Respectfully Submitted
The Defendant,
By His Attorney,

/s/Edward J. McCormick, III
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.