UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

_____
UNITED STATES OF AMERICA,    )
                Plaintiff,    )
                            )
v.                                )        Assented To Motion to Continue Sentencing
                            )        Hearing
JOHN KINNEY,    )
                Defendant.    )
_____)

       Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for September 30, 2014, to October 30, 2014.

1. That counsel for the defendant has been out of the office for longer than anticipated due to numerous litigation matters and has been prohibited from fully preparing for the above-referenced hearing.

2. That counsel for the defendant has an unexpected scheduling conflict on September 30, 2014.

3. That counsel for the United States has assented to the instant motion.

                                              Respectfully Submitted
                                              The Defendant,
Assent:                                    By His Attorney,

| | |
|---|---|
| /s/Michael I. Yoon | /s/Edward J. McCormick, III |
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.