UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff, )<br>          )<br>v.          )<br>          )<br>          )<br>JOHN KINNEY,    )<br>     Defendant. ) | Assented To Motion For An Extension of Time To File Objections To Presentence Report |

  Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order extending the time to file objections to the Pre-Sentence Investigation Report and to file a Pre-Sentence Memorandum from September 5, 2014, to September 26, 2014.

  In support of this motion the defendant assigns the following:

1. That counsel for the defendant John Kinney has unexpectedly been out of the office longer than anticipated due to numerous litigation matters.

2. That counsel for the defendant has been further delayed from meeting with the defendant, who is in custody, to finalize his Objections to the Pre-Sentence Report and Pre-Sentence Memorandum.

3. That counsel for the United States has assented to the instant motion.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | The Defendant, |
| Assent: | By His Attorney, |
|  |  |
| /s/Michael I. Yoon | /s/Edward J. McCormick, III |
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
|  | BBO #329780 |

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.