UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN KINNEY, )<br>    Defendant. )<br>) | Assented To Motion to Continue Sentencing Hearing |

  Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for November 24, 2014, to a date in late December, 2014.

1. That counsel for the defendant has been out of the office due to persistent medical issues.

2. That counsel for the defendant is in need of the additional to prepare for the above-described sentencing hearing.

2. That counsel for the United States has assented to the instant motion.

                Respectfully Submitted
                The Defendant,
Assent:                  By His Attorney,

/s/Michael I. Yoon             /s/Edward J. McCormick, III

| | |
|---|---|
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.