UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                        )<br>v.                         )<br>                        )<br>JOHN KINNEY,      )<br>                Defendant. )<br>                        ) | <u>Assented To Motion to Continue Sentencing Hearing</u> |

Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for December 19, 2014, to a date in late January, 2015.

1. That counsel for the defendant must undergo a surgical procedure on December 11, 2014, and as a result will be unable to appear at the above-referenced sentencing hearing;

2. That counsel for the United States has assented to the instant motion.

Respectfully Submitted
The Defendant,
Assent:                                                By His Attorney,


/s/Michael I. Yoon                                     /s/Edward J. McCormick, III
Michael I. Yoon                                        Edward J. McCormick, III
United States Attorney's Office                        McCormick & Maitland
John Joseph Moakley Federal Courthouse                 Suite Six – Hayward Manor
1 Courthouse Way                                       195 Main Street
Suite 9200                                             Franklin, MA  02038

Boston, MA 02210 (508) 520-0333
BBO #329780

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.