UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>JOHN KINNEY,<br>         Defendant. | Assented To Motion to Continue Sentencing Hearing |

Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for February 27, 2015, to date in early April, 2015. Counsel for the defendant will be away March 5, through March 15, 2015, and requests that the instant sentencing hearing be scheduled to a date thereafter.

1. That counsel for the defendant has a scheduling conflict involving a personal matter on February 27, 2015, and can not appear at the instant sentencing hearing.

2. That counsel for the United States has assented to the instant motion.

|  | Respectfully Submitted<br>The Defendant, |
|---|---|
| Assent: | By His Attorney, |

| /s/ Neil Gallagher | /s/Edward J. McCormick, III |
|---|---|
| Neil Gallagher | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |

| | |
|---|---|
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

## CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.