AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| The United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   13-CR-10164-WGY |
| Michael Bourque, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date:  06/02/2015

/s/ Crystal Yang
*Attorney's signature*

Crystal Yang 887134
*Printed name and bar number*

John Joseph Moakley U.S. Courthouse
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

crystal.yang@usdoj.gov
*E-mail address*

(617) 748-3129
*Telephone number*

(617) 748-3965
*FAX number*