UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10164-WGY |
| | ) | |
| 13. JOHN KINNEY | ) | |

## FINAL ORDER OF FORFEITURE

**YOUNG, D.J.**

WHEREAS, on May 30, 2013, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant John Kinney (the "Defendant") with Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, in violation of 21 U.S.C. § 846 (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 21 U.S.C. § 853, which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of any offense alleged in Count One of the Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used to or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

WHEREAS, on January 17, 2014, the United States filed a Bill of Particulars for Forfeiture of Assets, providing notice of specific property that the government intended to forfeit pursuant to 21 U.S.C. § 853 as a result of violations of 21 U.S.C. § 846. The Bill of Particulars identified any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part to commit, or to facilitate the commission of such violation, including but not limited to the following specific properties:

    (a)    One gray 2005 Ford F-150, bearing vehicle identification number 1FTPX14595FA24324 and Massachusetts Registration 634SG3 (the "Vehicle");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, on April 14, 2014, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Count One of the Indictment, pursuant to a written plea agreement that he signed on April 14, 2014;

WHEREAS, on June 3, 2014, this Court issued a Preliminary Order of Forfeiture against the Vehicle, pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, on June 8, 2015, a sentencing hearing was held whereby this Court sentenced the Defendant to 33 months incarceration, to be followed by a term of 36 months of supervised release, and ordered the Defendant to pay a special assessment of $100;

WHEREAS, in addition, this Court ordered the Defendant to forfeit the Vehicle, pursuant to the terms of the Preliminary Order of Forfeiture;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 16, 2014 and ending on September 14, 2014; and

WHEREAS, no claims of interest in the Vehicle have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Vehicle, and it is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Vehicle are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Vehicle in accordance with applicable law.

_____
WILLIAM G. YOUNG
United States District Judge

Dated: July 6, 2015